IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIEL MIRABAL,

    Petitioner,

v.                                                                      CIV 18-1024 WJ/KBM

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER GRANTING MOTION TO WITHDRAW**

    THIS MATTER is before the Court on Attorney Paul Linnenburger's Motion to Withdraw, filed July 7, 2023. *Doc. 94.* Having satisfactorily completed his obligations to address the single issue for which I appointed him to represent Petitioner, I find that the Motion is well taken and will be granted. *See* Doc. 64. Additionally, Gabriel Mirabal filed a document entitled "Ineffective Counsel" in which he expresses dissatisfaction with Mr. Linnenburger's representation and seeks appointment of new counsel and extensive discovery materials. *See Doc. 92.* These requests will be denied as unwarranted.

    **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE